IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ALAN WILLIAMS,

       Appellant,

 v.

       Case No.  5D22-2611
       LT Case No. 2020-304060-CFDB

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed June 13, 2023

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender, and
Andrew Mich, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

JAY, HARRIS and KILBANE, JJ., concur.